In the Matter of the Estate of MARGUERITE ALEXANDER, Deceased. CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor of MARGUERITE ALEXANDER, Deceased, Appellant; ELISE VENNEREAU, Respondent.

Argued January 8, 1953; decided January 21, 1953.

*Anthony J. Dell'Aquila* and *Raymond Harper* for appellant. *Samuel Goldstein* for respondent.

Decree affirmed, with costs to both parties payable out of the estate. Appeal from the order of the Appellate Division dismissed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.